STATE v. DUNN

No. 606P02

Case below: 154 N.C. App. 1

Motion by Attorney General for temporary stay allowed 9 December 2002.

STATE v. FISHER

No. 574P02

Case below: 149 N.C. App. 973

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 19 December 2002.

STATE v. FORBES

No. 596P02

Case below: 153 N.C. App. 524

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 19 December 2002.

STATE v. GARNER

No. 64P02

Case below: 148 N.C. App. 216

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 19 December 2002.

STATE v. GOMEZ

No. 626P02

Case below: 153 N.C. App. 324

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals dismissed ex mero motu 19 December 2002. Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 19 December 2002.